UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON OSBUN,

Plaintiff,

v.

MARK DULYANI, et al.,

Defendants.

No. 2:25-cv-02665 DAD CSK P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 7)

Plaintiff Aaron Osbun is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to file a completed *in forma pauperis* application as ordered (Doc. No. 6) by the court. (Doc. No. 7.)[1]

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1.) To

/////

[1] The court notes that the pending findings and recommendations were served on plaintiff by mail directed to his address of record but were returned to the court by the postal service as undeliverable due to "no mail receptacle." To date, plaintiff has not affirmatively notified the court of a change in his current address as required by the Local Rules of this court

date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 31, 2025 (Doc. No. 7) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute, failure to comply with the court's orders, and failure to keep the court apprised of his current address as required; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE